NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNOLOGY LICENSING CORPORATION,**
*Plaintiff-Appellee,*

and

**AV TECHNOLOGIES, LLC,**
*Plaintiff,*

**v.**

**TECHNICOLOR USA, INC.,**
*Defendant-Appellant.*

---

2011-1575

---

Appeal from the United States District Court for the Eastern District of California in case no. 03-CV-1329, Judge William B. Shubb.

---

**JUDGMENT**

---

RAYMOND P. NIRO, Niro, Haller & Niro, of Chicago, Illinois, for plaintiff-appellee. With him on the brief were ARTHUR A. GASEY, PAUL C. GIBBONS, and KARA L. SZPONDOWSKI.

GARY R. MAZE, Berenbaum Weinshienk PC, of Denver, Colorado, for defendant-appellant. Of counsel on the brief was RICHARD T. REDANO, Richard T. Redano, P.C., of Houston, Texas.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 9, 2012        /s/ Jan Horbaly
    Date                Jan Horbaly
                          Clerk